IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHY J. FORD                                                    PLAINTIFF

v.                      NO. 4:04CV00521 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, judgment is hereby entered affirming the final determination of the Commissioner and dismissing Plaintiff's complaint with prejudice; the relief sought is denied.

IT IS SO ORDERED this 20th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE